GUSTAVO BONILLA * NO. 2022-CA-0625

VERSUS * COURT OF APPEAL

VERGES ROME ARCHITECTS * FOURTH CIRCUIT
- A PROFESSIONAL
ARCHITECTURAL * STATE OF LOUISIANA
CORPORATION, PIVOTAL
ENGINEERING LLC, STEVEN *
HANNAH ROME AND JAMES
E. AMEDEO *

* * * * * * *


*JCL* **LOBRANO, J., CONCURS IN THE RESULT**